UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE UNITED STATES

RECEIVED
JUL 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SAMUEL A TABORN

ASHBEL T. WALL ETAL

CA 97-479S

PLAINTIFF REQUEST TO OPEN CLOSED CASE RE: CIVIL ACTION 97-479T

your honor i am the plaintiff in the entitled matter, seeking the review of the court appointed to up hold the united States Constitution.

your honor i Filed a prisoners rights Violation Claim in August 21, 1997 after years of abuse From ACI guards specifically those named in the court Files of the entitled civil matter.

SCANNED

I am requesting that this case be opened so that my quality of life may get what the Founders of the constitution established

Samuel A. TaBorn
Ashbel T. Wall ETAL

CA. 97-479T

With Making the United States Constitution Law More than Just to Speak of.
I am a plaintiff that has been before the Judges of Federal court before in civil Actions expressing civil rights Violations.
The court is able to reflect back on My Struggle to seek Justice in the court System through access to the court.
When Attorney Michael Grant Filed For a Motion to dismiss this Matter to which the Court dismissed the entitled Matter, at which appears to be No consideration to Me, the Victim in this case.

SAMUEL A. TABORN
V.
ASHBEL T. WALL ET AL

CA-97-479T

your honor my request is for the court to really examine the files of this case for claims of constitutional violations in the facts of this complaint.

At the time of the latest motion to dismiss by the defendants whom at that time used a tactic allow by the court, I was too emotionally stressed out to focus on what happened to me as a prisoner in the ACI.

your honor in Roe V. Wade an argument ensued as wether or not a person has a legal right to abortion. The right to a decent meal in prison is a secured right.

SAMUEL A. TABORN
v.
ASHBEL T. WALL et.al

Civil Action 97-479T

your honor Morris V. Travisono enforced the right of a prisoner to get adequate food and to not provide an inmate with adequate food would be considered cruel and unusual punishment and violation of the 8th amendment.

your honor you know what the food tampering allegations express in the facts of the case.

I suffer everyday from the time i wake up until i go to sleep my life is constint suffering with pysical and emotional pain I have to battle with my exsistance.

SAMUEL A. TABORN/WILSON
V
ASHBEL T. WALL C.A.-97-479T

your honor the defendants did not even allow me to use my real name and after 15 years of incarceration the finally surrendered and added my real name to the roster.

The abuse that i was subjected to really violated my constitutional rights as an American citizen.

your honor my right to life and liberty was violated and is violated each moment minute and hour of the day that i suffer.

The defendants laughed and joked at

SAMUEL A. TABORN
V
ASHBEL T. WALL et. AL

C.A. 97-479T

What as peers they did to me and my life. Imagine sitting in a prison cell hungry back against the wall in Seg. trying to eat Just to have energy to Not Starve to death and the guards use thier Formula to pollute my Food, make a Statement and disrespect the Constitution.

My Claim oF 5th and 14th amendment Violations as a result oF violations oF due process oF law as a result oF being excessively confined to punitive Segergation have alot of merit. one day in Segregation alot. (re. Morris V. Travisono).

SAMUEL A. TABORN
v.
ASHBEL T. WALL et. al

C.A. 97-479T

your honor i understand that the court May not be able to truely Feel my pain however i am Sure that breaking bread does not include Food tampering.

I live life as best as i can and i can tell the people that No Man Wants to experience the Food tampering that i was subjected to. EATING For Me is very complicated Now i really Need therepy it seems because i have been out of prison 4 years and 2 months and honestly I feel like an abused prisoner of war.

I want the court to look at all of the record to decide wether i have

SAMUEL A. TABORN/WILSON
V.
ASHBEL T. WALL et. al.

C.A. 97-479T

I was SubJected to CONStitutional Violations under the 5th 8th and 14th amendment.

Both of the heels of my Feet had at least 2 Surgeries as a result of being confined to a Cold isolation cell with Just a pair of boxer Shorts very littlebit of Food, no water.

The pain wether physical of emotional is Just as much today as yesterday and back in 1994 When the Food tampering First begun in this case.

I pray that the court will look at all the documents Filed in this case.



Samuel Taborn

SAMUEL A. TABORN
V.
ASHBEL T. WALL et. al

C.A. 97-479T

Samuel Taborn
7-16-05
344 Washington St. Apt 112
Prov, RI 02903

CERTIFICATION

I certify that i mailed a copy to Michael B. Grant at 40 Howard Ave cranston, RI 02920 on this day of July 16. 2005

Samuel Taborn
344 Washington St Apt 112
Prov, RI 02903