UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

RECEIVED
JUL 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SAMUEL A. TABORN

v. C. A. NO. 97-479 S

A. T. WALL, ET AL

DEFENDANTS' OBJECTION TO
PLAINTIFF'S REQUEST TO OPEN (CLOSED CASE)

Now come the Defendants in the above-entitled matter and hereby object to Plaintiff's motion to open an action which was previously dismissed with prejudice, as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

Michael B. Grant, Esq.
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 21st day of July, 2005, I mailed a true copy of the within Defendants' Objection to Plaintiff's Request to Open (Closed Case) and accompanying Memorandum to Samuel A. Taborn, 344 Washington St., Apt. 112, Providence, Rhode Island 02903.

UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

SAMUEL A. TABORN

v. C. A. NO. 97-479 T

A. T. WALL, ET AL

MEMORANDUM

The instant matter was dismissed with prejudice on the basis of Plaintiff's failure to prosecute. Judge Smith entered judgment for all Defendants on August 27, 2003. Prior to dismissal of the instant action, this case had been pending for six (6) years. At the time this case was dismissed, the Plaintiff had been released from incarceration. This Court gave Plaintiff every opportunity to appear and prosecute his case. Plaintiff ignored Court Orders and notices for hearings. As a result, the case was dismissed with prejudice. Two (2) years after dismissal, Plaintiff now seeks to re-open the action claiming he was too emotionally distraught to properly focus on the case. Plaintiff fails to cite to any authority, as there is no authority, to re-open a case that was dismissed with prejudice two (2) years prior.

Accordingly, Defendants urge that the instant motion be denied.

Respectfully submitted,

Michael B. Grant, Esq.
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864